IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DESHON BAYLESS et al.**                                                 **PLAINTIFFS**

**VS.**                                 **CIVIL NO. 2:23-CV-00059-HSO-BWR**

**JONES COUNTY MISSISSIPPI et al.**                            **DEFENDANTS**

### ORDER STAYING CASE PENDING OUTCOME OF STATE-COURT CRIMINAL PROCEEDINGS

BEFORE THE COURT is a Motion to Stay Case Pending Outcome of State-Court Criminal Proceedings [11] filed by Defendants Jones County, Mississippi, and Sheriff Joe Berlin. The Motion is joined by Defendants Captain Vince Williams, Deputy Andrew Yates, Deputy Chase Smith, and Sergeant Jake Driskell. Plaintiffs have not responded to the Motion and the time for doing so has passed.

This case is stayed pending resolution of the state-court criminal proceedings related to Plaintiff Deshon Bayless's January 11, 2023 arrest that is largely the subject of the Complaint. The parties are obligated to promptly inform the Court when the criminal proceeding is complete.

**SO ORDERED**, this the 16th day of June, 2023.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE