IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTEHRN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DESHON BAYLESS**
**& ANGELIA PAGE**                                                                                              **PLAINTIFFS**

**VERSUS**                                          Civil Action No. 2:23-CV-00059-HSO-BWR

**JONES COUNTY MISSISSIPPI, SHERIFF JOE BERLIN**
**CAPTAIN VINCE WILLIAMS, DEPUTY ANDREW YATES,**
**DEPUTY CHASE SMITH, SERGEANT JAKE DRISKELL,**
**& DOE OFFICERS 1-6**                                                                                          **DEFENDANTS**

**MOTION TO LIFT STAY**

COME NOW, the Plaintiffs, by and through their attorneys, and file this Motion to Lift the Stay Ordered by the Court on June 16, 2023 and would show as follows:

1. The Court ordered this action stayed [17] pending the outcome of the state court action underlying the claims brought by the Plaintiffs herein.

2. The State dismissed the criminal charge against DeShon Bayless on September 8, 2023.

3. There are no further pending matters in State Court.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs move this Court to enter an Order lifting the stay that was Ordered on June 16, 2023 so that this action may proceed in this Court. The Plaintiff further requests that the Court set a Rule 26 Case Management Conference at the earliest date available and for all other relief to which Plaintiffs are entitled in law and equity.

Respectfully submitted, this the 18th day of November, 2023.

                                             **DESHON BAYLESS and**
                                             **ANGELIA PAGE**, Plaintiffs

                                             */s/ Michael V. Cory, Jr*
                                             MICHAEL V. CORY, JR
                                             MATTHEW LAWRENCE

Of Counsel:
Matthew W. Lawrence (MSB # 105958)
525 N. Main Street
Hattiesburg, MS 39401
(408) 605-8473
mattlawrencelawfirm@gmail.com

Michael V. Cory, Jr. (MSB # 9868)
mc@dmclaw.net
**DANKS MILLER & CORY, PA**
213 South Lamar Street 39201
Jackson, Mississippi 39201
Phone: 601.957.3101